# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 6, 2008

133596 (28)(29)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

FERN WILLER,
   Plaintiff-Appellee,

v

TITAN INSURANCE COMPANY,
   Defendant-Appellant.

SC: 133596
COA: 273805
Wayne CC:  06-607259-CK

_____/

   On order of the Court, the motions for immediate consideration and for stay of all trial court proceedings are GRANTED.



I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 6, 2008

Clerk

s0205